THE STATE OF OHIO, APPELLEE, *v.* FAIR, APPELLANT.

[Cite as *State v. Fair* (1994), 71 Ohio St.3d 396.]

(No. 94–1680—Submitted November 1, 1994—Decided December 30, 1994.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Joyce S. Anderson,* Assistant Prosecuting Attorney, for appellee.

*Eddie J. Fair, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

`Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.